FILED

09/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0348

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0348

_____

ROBERT STINCHFIELD,

     Plaintiff and Appellant,

  v.

CITY OF SIDNEY,

     Defendant, Appellee,
     and Cross-Appellant.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kaydee Snipes Ruiz, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 21 2022